B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re  BASHAS' LEASECO, INC.                    Case No. 2:09-bk-16051
                    Debtor
                                                Chapter  11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 3,660,399.41 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 196,286,984.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 53,436.68 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 142,024.30 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 17 | $ 3,660,399.41 | $ 196,482,444.98 | |

B6A (Official Form 6A) (12/07)

In re: BASHAS' LEASECO, INC.
　　　　　　Debtor

Case No. 2:09-bk-16051
　　　　　　　(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  BASHAS' LEASECO, INC.                                   Case No. 2:09-bk-16051
                      Debtor                                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America** <br> **1560 E. Shaw Ave.** <br> **Fresno, CA 93710-8046** <br> **Disbursements Trucking Vendors** <br> **Acct. #252453219** | | 1,604.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Business Auto Liability, SX Insurance Company, #RAE943734301** <br><br> **General Liability, Greenwich Insurance, #RGE943734201** <br><br> **GL Umbrella, Zurich Insurance, #AUC9304161-06** <br><br> **GL Umbrella, Fireman's Fund, #SHX00082543562** <br><br> **Property, Travelers Insurance, #KTJ-CMB-545D644-1-09** <br><br> **Workers Comp, Midwest Insurance, #EWC007480** | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **BASHAS' LEASECO, INC.**  
Debtor

Case No. **2:09-bk-16051**  
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Parts due from Bashas' Inc.** | | 785,646.98 |
| Accounts receivable. | | **Rent due from Bashas' Inc.** | | 1,005,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Trailers (Book Value)** | | 923,826.50 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Vehicles - tractors (book value)** | | 944,321.93 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  BASHAS' LEASECO, INC.
                Debtor

Case No. 2:09-bk-16051
              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 2 continuation sheets attached | Total | $3,660,399.41 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  BASHAS' LEASECO, INC.                               Case No.  2:09-bk-16051
                          Debtor                                         (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BANK OF AMERICA, N.A.<br>COMPASS BANK<br>WELLS FARGO BANK, N.A.<br><br>ROBERT J. MILLER<br>BRYCE A. SUZUKI<br>BRYAN CAVE LLP<br>TWO N CENTRAL AVE STE 2200<br>PHOENIX AZ 85004-4406 | | X | Security Agreement<br><br>VALUE $0.00 | | | X | 110,000,000.00 | 0.00 |
| NOTE: Bank of America, N.A., Wells Fargo Bank, N.A. and Compass Bank comprise the Bank Group with Wells Fargo Bank, N.A. as the Collateral Agent. | | | | | | | | |
| ACCOUNT NO.<br>THE PRUDENTIAL LIFE INS CO OF AMERICA<br>NORTHERN LIFE INSURANCE COMPANY<br>HARTFORD LIFE INSURANCE COMPANY<br>RELIASTAR LIFE INSURANCE COMPANY<br>(See NOTE for other Note Holders)<br><br>GERALD K. SMITH<br>LEWIS AND ROCA LLP<br>40 N CENTRAL AVE STE 1900<br>PHOENIX AZ 85004<br><br>STEVEN WILAMOWSKY<br>MICHAEL J. REILLY<br>BINGHAM McCUTCHEN LLP<br>399 PARK AVE<br>NEW YORK NY 10022-4689 | | X | Security Agreement<br><br>VALUE $0.00 | | | X | 86,286,984.00 | 0.00 |
| NOTE: All of the above-named insurance companies, together with Pruco Life Insurance Company, Prudential Retirement Insurance and Annuity Company are collectively the Note Holders. | | | | | | | | |

0  continuation sheets
   attached

Subtotal ➤
(Total of this page)                           $196,286,984.00  $ 0.00

Total ➤
(Use only on last page)                        $196,286,984.00  $ 0.00

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re __BASHAS' LEASECO, INC.__ , Case No. __2:09-bk-16051__
                                Debtor                                                       (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u> continuation sheets attached

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ARIZONA DEPT OF TRANSPORTATION<br>MOTOR VEHICLE DIVISION<br>MAIL DROP 521M<br>PO BOX 2100<br>PHOENIX AZ 85001-2100 | | | IFTA Tax | | | | 453.51 | 453.51 | $0.00 |
| ACCOUNT NO.<br>INTERNAL REVENUE SERVICE<br>STOP 5012<br>210 E EARLL<br>PHOENIX AZ 85012 | | | Excise Tax | | | | 52,800.00 | 52,800.00 | $0.00 |
| ACCOUNT NO.<br>STATE OF NEW MEXICO<br>TAXATION & REVENUE DEPT<br>PO BOX 25127<br>SANTA FE NM 85704-5127 | | | Weight Distance Taxes | | | | 183.17 | 183.17 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page)  $ 53,436.68  $ 53,436.68  $ 0.00

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 53,436.68

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ 53,436.68  $ 0.00

B6F (Official Form 6F) (12/07)

In re  BASHAS' LEASECO, INC.  
                        Debtor

Case No. 2:09-bk-16051  
          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ALL BRITE MOBIL WASH INC<br>PO BOX 672<br>CHINO VALLEY AZ 86323 | | | | | | | 1,016.00 |
| ACCOUNT NO.<br>ALL CITY TOWING<br>PO BOX 25620<br>TEMPE AZ 85285-5620 | | | | | | | 142.00 |
| ACCOUNT NO.<br>ALLIED FLEET PRODUCTS INC<br>2736 W PALM LN<br>PHOENIX AZ 85009 | | | | | | | 593.60 |
| ACCOUNT NO.<br>ALTERNATIVE HEAVY TOWING<br>PO BOX 37501<br>PHOENIX AZ 85069 | | | | | | | 415.86 |
| ACCOUNT NO.<br>AMERICAN REFRIGERATION SUPPLIES INC<br>PO BOX 21127<br>PHOENIX AZ 85036 | | | | | | | 2,638.55 |

   7  Continuation sheets attached

Subtotal ➤ $ 4,806.01

Total ➤ $  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **BASHAS' LEASECO, INC.**
Debtor

Case No. **2:09-bk-16051**
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> AMERIQUEST <br> PO BOX 828997 <br> PHILADELPHIA PA 19182-8997 | | | | | | | 3,423.00 |
| ACCOUNT NO. <br> B & A TRAILER SPECIALTISTS LTD <br> 310 W WATKINS <br> PHOENIX AZ 85003 | | | | | | | 3,985.12 |
| ACCOUNT NO. <br> BETTS TRUCK PARTS AND SERVICE <br> FILE 50413 <br> LOS ANGELES CA 90074-0413 | | | | | | | 1,290.14 |
| ACCOUNT NO. <br> BOB'S ROAD SERVICE <br> 330 W FLORIDA <br> HOLBROOK AZ 86025 | | | | | | | 135.00 |
| ACCOUNT NO. <br> C & S TIRES INC <br> BOX 577 <br> BOUSE AZ 85325 | | | | | | | 31.00 |

Sheet no. 1 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 8,864.26

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CARSMART AUTO TOUCH UP<br>1042 N HUNT DR<br>MESA AZ 85203 | | | | | | | 1,800.00 |
| ACCOUNT NO.<br>CONTINENTAL TIRE NORTH AMERICA<br>PO BOX 60049<br>CHARLOTTE NC 28260 | | | | | | | 16,827.05 |
| ACCOUNT NO.<br>CP COMPANY<br>dba ICEBERG ENTERPRISES INC<br>PO BOX 17231<br>DENVER CO 80217-0231 | | | | | | | 1,271.75 |
| ACCOUNT NO.<br>DAVIS SALVAGE CO<br>3345 E WASHINGTON ST<br>PHOENIX AZ 85034 | | | | | | | 582.00 |
| ACCOUNT NO.<br>DIESEL SYSTEM SOLUTIONS INC<br>30640 N 126TH LN<br>PEORIA AZ 85383 | | | | | | | 488.07 |

Sheet no. 2 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 20,968.87

Total ► $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  BASHAS' LEASECO, INC.
           Debtor

Case No. 2:09-bk-16051
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FLEETPRIDE INC<br>PO BOX 847118<br>DALLAS TX 75284-7118 | | | | | | | 5,968.44 |
| ACCOUNT NO.<br>FREIGHTLINER STERLING WESTERN STAR OF ARIZONA<br>9600 W ROOSEVELT ST<br>TOLLESON AZ 85353 | | | | | | | 27,470.17 |
| ACCOUNT NO.<br>HIGH CHAPARRAL TRUCK REPAIR INC<br>PO DRAWER AH<br>WINSLOW AZ 86047 | | | | | | | 95.00 |
| ACCOUNT NO.<br>HOSEPOWER USA<br>PO BOX 90550<br>PHOENIX AZ 85066-0550 | | | | | | | 38.60 |
| ACCOUNT NO.<br>INTERSTATE BATTERIES<br>21775 E MCCOWAN LN<br>QUEEN CREEK AZ 85242 | | | | | | | 2,463.28 |

Sheet no. 3 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 36,035.49

Total > $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  BASHAS' LEASECO, INC.  
Debtor

Case No. 2:09-bk-16051  
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LUBRICATION EQUIPMENT & SUPPLY CO INC <br> 3526 E BROADWAY RD <br> PHOENIX AZ 85040 | | | | | | | 1,397.42 |
| ACCOUNT NO. <br> MCCANDLESS OF ARIZONA <br> 2202 S CENTRAL AVE <br> PHOENIX AZ 85004 | | | | | | | 2,011.00 |
| ACCOUNT NO. <br> MID-PACIFIC INDUSTRIES INC <br> 1500 CASE PL <br> WOODLAND CA 95776 | | | | | | | 293.90 |
| ACCOUNT NO. <br> MYERS TIRE SUPPLY <br> DEPT CH17681 <br> PALANTINE IL 60055-7681 | | | | | | | 7.36 |
| ACCOUNT NO. <br> PRECISION DRIVELINES OF AZ INC <br> 3225 W OSBORN RD <br> PHOENIX AZ 85017 | | | | | | | 960.60 |

Sheet no. 4 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 4,670.28

Total ➤ $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __BASHAS' LEASECO, INC._____,  Case No. __2:09-bk-16051___
                        Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> PTO SALES CORP <br> CUST #08621 FILE 749265 <br> LOS ANGELES CA 90074-9265 | | | | | | | 354.50 |
| ACCOUNT NO. <br> REDBURN TIRE CO <br> PO BOX 14828 <br> PHOENIX AZ 85063 | | | | | | | 25,087.34 |
| ACCOUNT NO. <br> SOUTHWEST DIESEL & ELECTRIC <br> 1830 N 27TH AVE <br> PHOENIX AZ 85009 | | | | | | | 759.04 |
| ACCOUNT NO. <br> SOUTHWESTERN SUPPLY CO INC <br> PO BOX 12199 <br> CHANDLER AZ 85248 | | | | | | | 2,441.04 |
| ACCOUNT NO. <br> STAR WINDSHIELD <br> 6615 W CHANDLER BLVD STE 8 <br> CHANDLER AZ 85226 | | | | | | | 670.00 |

Sheet no. _5_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 29,311.92

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SUNSTATE EQUIPMENT CORP<br>PO BOX 52581<br>PHOENIX AZ 85072 | | | | | | | 249.61 |
| ACCOUNT NO.<br>SUPERSTITION TRAILERS LLC<br>1564 N ALMA SCHOOL RD<br>MESA AZ 85201 | | | | | | | 702.55 |
| ACCOUNT NO.<br>THE LIGHTHOUSE INC<br>425 W 10TH ST<br>SAN PEDRO CA 90731 | | | | | | | 260.35 |
| ACCOUNT NO.<br>THERMO FLUIDS INC<br>39354 TREASURY CENTER<br>CHICAGO IL 60694-9300 | | | | | | | 878.75 |
| ACCOUNT NO.<br>THERMO KING WEST INC<br>2239 N BLACK CANYON HWY<br>PHOENIX AZ 85009 | | | | | | | 1,592.38 |

Sheet no. 6 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 3,683.64

Total $  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **BASHAS' LEASECO, INC.**  Case No. **2:09-bk-16051**
                Debtor                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**TURBO AUTO DIESEL CO INC**<br>4859 W VAN BUREN<br>PHOENIX AZ 85043 | | | | | | | 784.01 |
| ACCOUNT NO.<br>**UTILITY TRAILER SALES CO OF AZ**<br>1402 N 22ND AVE<br>PHOENIX AZ 85009 | | | | | | | 13,117.17 |
| ACCOUNT NO.<br>**WABASH NATIONAL TRAILER CENTER**<br>2270 RELIABLE PKWY<br>CHICAGO IL 60686-0022 | | | | | | | 939.66 |
| ACCOUNT NO.<br>**WW WILLIAMS**<br>DEPT L 303<br>COLUMBUS OH 43260-9303 | | | | | | | 18,842.99 |

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 33,683.83

Total ➤ $ 142,024.30

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re: __BASHAS' LEASECO, INC._____,    Case No. __2:09-bk-16051__
                       Debtor                                                  (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bashas' Inc.<br>22402 S. Basha Rd.<br>Chandler, AZ 85248 | Commercial Vehicle Lease Agreement |

B6H (Official Form 6H) (12/07)

In re: BASHAS' LEASECO, INC.
_____
Debtor

Case No. 2:09-bk-16051
_____
(If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BASHAS' INC.<br><br>SPORTSMAN'S, LLC | BANK OF AMERICA, N.A.<br>COMPASS BANK<br>WELLS FARGO BANK, N.A. |
| BASHAS' INC.<br><br><br><br><br>SPORTSMAN'S, LLC | THE PRUDENTIAL LIFE INS CO OF AMERICA<br>NORTHERN LIFE INSURANCE COMPANY<br>HARTFORD LIFE INSURANCE COMPANY<br>RELIASTAR LIFE INSURANCE COMPANY<br>(See NOTE for other Note Holders) |



UNITED STATES BANKRUPTCY COURT  Case No. 2:09-bk-16051-SSC
FORM: BUSINESS INCOME AND EXPENSES  Chapter 11
**BASHAS' LEASECO, INC.**

|  |  | Annual |
|---|---|---:|
| **PART A:** | Gross Revenue for Previous 12 Months | |
|  | 2008 Gross Rent | $1,200,000 |

|  |  |  | Estimated Monthly |
|---|---|---|---:|
| **PART B:** | Estimated Average Future Gross Monthly Revenue: | | |
|  | 2 | Gross Rent | 100,000 |
| **PART C:** | Estimated Future Monthly Expenses: | | |
|  | 3 | Supplies | 3,660 |
|  | 4 | Repairs & Maint | 4,467 |
|  |  | Total Expenses | 8,127 |
| **PART D:** | Estimated Average Net Income | | $91,873 |

Note:
Projection for Revenue and Expenses for Fiscal Year 2010 as of 08/07/09.
Estimated expenses do not include reorganization costs (i.e. legal, prof, US Trustee fees, rejection of lease costs, pension contributions, and plan distributions to creditors)

FORM BUS AND INCOME Rev

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  BASHAS' LEASECO, INC.                                    Case No.  2:09-bk-16051
                        Debtor                                                         (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Mike Proulx**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **19**  sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  7/17/09                    Signature:  _____
                                              **Mike Proulx President**
                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*